WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
srubin@wrightlegal.net
*Attorneys for Defendant, VW Credit, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY J. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VW CREDIT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01658-RFB-NJK<br><br>**STIPULATION TO EXTEND VW CREDIT INC.'S TIME TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Civil Rule IA 6-1 of the United States District Court for the District of Nevada, Plaintiff Dorothy J. Williams ("Plaintiff") and Defendant VW Credit, Inc. ("VCI"), through their respective counsel, hereby stipulate to an extension for VCI to respond to Plaintiff's Complaint in light of the following facts:

### RECITALS

WHEREAS, Plaintiff, through her counsel, filed the Complaint in this action on June 14, 2017;

WHEREAS, VCI was served with Plaintiff's Complaint on June 26, 2017;

WHEREAS, VCI's response to Plaintiff's Complaint is due on or before July 17, 2017;

WHEREAS, Plaintiff and VCI are engaged in initial settlement discussions in the hopes of reaching an early resolution of this matter;

WHEREAS, this is the first stipulation for extension of time for VCI to respond to Plaintiff's Complaint;

WHEREAS, the Parties stipulate and agree that, for this good cause, VCI's time to respond to Plaintiff's Complaint is extended 30 days up to and including August 16, 2017; and

IT IS HEREBY STIPULATED that the parties agree the VCI shall have up to and including August 16, 2017, to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 12th day of July, 2017.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stacy H. Rubin*
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
*Attorneys for Defendant, VW Credit, Inc.*

DATED this 12th day of July, 2017.

HAINES & KRIEGER, LLC

*/s/ Rachel B. Saturn*
Rachel B. Saturn, Esq.
Nevada Bar No. 8653
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
*Attorney for Plaintiff, Dorothy J. Williams*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2017

– 1 –
STIPULATION TO EXTEND VW CREDIT INC.'S TIME TO RESPOND TO COMPLAINT