1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   Stacy H. Rubin, Esq.
3  Nevada Bar No. 9298
4  7785 W. Sahara Avenue, Suite 200
   Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   srubin@wrightlegal.net
6  *Attorneys for Defendant, VW Credit, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOROTHY J. WILLIAMS, | Case No. 2:17-cv-01658-RFB-NJK |
| Plaintiff, | **STIPULATION TO EXTEND VW CREDIT INC.'S TIME TO RESPOND TO COMPLAINT [ECF NO. 1]** |
| vs. | |
| VW CREDIT; EQUIFAX INFORMATION SERVICES, LLC, | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to Local Civil Rule IA 6-1 of the United States District Court for the District of Nevada, Plaintiff Dorothy J. Williams ("Plaintiff") and Defendant VW Credit, Inc. ("VCI"), through their respective counsel, hereby stipulate to an extension for VCI to respond to Plaintiff's Complaint in light of the following facts:

**RECITALS**

WHEREAS, Plaintiff, through her counsel, filed the Complaint in this action on June 14, 2017;

WHEREAS, VCI was served with Plaintiff's Complaint on June 26, 2017;

WHEREAS, VCI's response to Plaintiff's Complaint is due on or before August 16, 2017;

| | |
|---|---|
| 1 | WHEREAS, Plaintiff and VCI are engaged in initial settlement discussions in the hopes of reaching an early resolution of this matter; |
| 2 | |
| 3 | WHEREAS, this is the second stipulation for extension of time for VCI to respond to Plaintiff's Complaint; |
| 4 | |
| 5 | WHEREAS, the Parties stipulate and agree that, for this good cause, VCI's time to respond to Plaintiff's Complaint is extended 30 days up to and including September 15, 2017; and |
| 6 | |
| 7 | IT IS HEREBY STIPULATED that the parties agree the VCI shall have up to and including September 15, 2017, to respond to Plaintiff's Complaint. |
| 8 | |
| 9 | IT IS SO STIPULATED. |

DATED this 16th day of August, 2017.                DATED this 16th day of August, 2017.

WRIGHT, FINLAY & ZAK, LLP                          HAINES & KRIEGER, LLC

/s/ Stacy H. Rubin                                  /s/ Rachel B. Saturn
Stacy H. Rubin, Esq.                                Rachel B. Saturn, Esq.
Nevada Bar No. 9298                                 Nevada Bar No. 8653
7785 W. Sahara Ave., Suite 200                      8985 S. Eastern Avenue, Suite 350
Las Vegas, NV, 89117                                Henderson, NV 89123
*Attorneys for Defendant, VW Credit, Inc.*          *Attorney for Plaintiff, Dorothy J. Williams*

**ORDER**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2017

---
– 1 –
STIPULATION TO EXTEND VW CREDIT INC.'S TIME TO RESPOND TO COMPLAINT