WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, VW Credit, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOROTHY J. WILLIAMS, | Case No. 2:17-cv-01658-RFB-NJK |
| Plaintiff, | **MOTION TO SUBSTITUTE ATTORNEY** |
| vs. | |
| VW CREDIT; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///
///

1  **MOTION TO SUBSTITUTE ATTORNEY**

2      Defendant, VW Credit, Inc. ("Defendant"), by and through their attorneys of record of

3  the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Stacy H. Rubin, Esq. is no

4  longer an attorney associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak, LLP, will

5  continue to represent Defendant and request that Dana Jonathon Nitz, Esq., and Ramir M.

6  Hernandez, Esq., receive all future notices.

7      DATED this 20th day of September, 2017.

8               WRIGHT, FINLAY & ZAK, LLP

9               */s/ Ramir M. Hernandez*

10              Dana Jonathon Nitz, Esq.
             Nevada Bar No. 00050

11              Ramir M. Hernandez, Esq.
             Nevada Bar No. 13146

12              7785 W. Sahara Avenue, Suite 200

13              Las Vegas, NV 89117
             A*ttorney for Defendant, VW Credit, Inc.*

14

15

16

17

18

19 IT IS SO ORDERED.

20 Dated: September 21, 2017

21

22           _____

23           United States Magistrate Judge

24

25

26

27

28