# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY J. WILLIAMS, | Case No. 2:17-cv-01658-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| VW CREDIT, et al., | |
| Defendant(s). | |

On August 16, 2017, Plaintiff filed a notice of settlement with Equifax and indicted that dismissal papers would be filed within 60 days. Docket No. 9. To date, no such dismissal papers have been filed. Plaintiff is hereby **ORDERED** to file those dismissal papers by January 11, 2018.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge